UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AQUILLINI INVESTMENT GROUP
LIMITED PARTNERSHIP,

          Plaintiff,

  v.

CANSURE INSURANCE COMPANY, *et al.*,

          Defendants.

Case No. C21-485-RSM-MLP

ORDER

On April 19, 2021, the parties in this matter filed a "Stipulated Motion and Order Modifying Schedule." (Dkt. # 11). The parties' stipulated motion requests that the Court continue Defendants' time to answer, or present other defenses or objections, for 30 days to allow the parties additional time to resolve the underlying lawsuit without need for further proceedings. (*Id.* at 2.)

Based on the parties' stipulated motion (dkt. # 11), and finding good cause, the Court hereby ORDERS that the deadline for Defendants to answer or file responsive pleadings is extended for 30 days to May 17, 2021. The Clerk is directed to send copies of this Order to the parties and to the Honorable Ricardo S. Martinez.

ORDER - 1

Dated this 19th day of April, 2021.

*MJPeterson*

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2