THE HONORABLE JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AS SEATTLE

| | |
|---|---|
| AQUILINI INVESTMENT GROUP LIMITED PARTNERSHIP, a foreign limited partnership,<br><br>Plaintiffs,<br><br>v.<br><br>CANSURE INSURANCE COMPANY, a foreign insurer, and CERTAIN UNDERWRITERS AT LLOYDS, LONDON, a foreign insurer,<br><br>Defendants. | CAUSE NO. 2:21-cv-00485-RSM-MLP<br><br>ORDER REMANDING CASE TO WASHINGTON STATE SUPERIOR COURT FOR KING COUNTY |

This Matter came before the Court on the Parties' Stipulated Motion to Remand Case to Washington State Superior Court for King County (the "Stipulated Motion"). The Court has considered the pleadings and papers on file, including Defendants' Notice of Removal, Plaintiff's Motion to Remand, as well as the Stipulated Motion. The Court hereby ORDERS:

1. The Stipulated Motion is GRANTED.

2. The above-captioned case is REMANDED to the Washington State Superior Court for King County (the "King County Superior Court"), where it had previously been

ORDER REMANDING CASE TO WASHINGTON STATE SUPERIOR COURT FOR KING COUNTY (2:21-cv-00485-RSM-MLP) - 1

255038510v.3

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
1700 7TH AVENUE, SUITE 2100
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

docketed as Case No. 21-2-03028-5 SEA. The King County Superior Court may proceed with the case.

      3.      No costs or fees shall be awarded to any party.

      4.      The Clerk is directed to vacate all currently pending deadlines and motions before this Court.

      5.      Pursuant to 28 U.S.C. § 1447(c), the Clerk of this Court shall mail a certified copy of this Order to the clerk of the King County Superior Court.

      6.      The Clerk is directed to close this case.

IT IS SO ORDERED.

DATED this 9th day of June, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented By:

| CAIRNCROSS & HEMPELMANN, P.S. | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
|---|---|
| By: */s/Rochelle Y. Nelson (per email authorization 06/07/2021)*<br>John W. Hempelmann, WSBA #1680<br>James P. Wagner, WSBA #10730<br>Rochelle Y. Nelson, WSBA #48175<br>524 Second Avenue, Suite 500<br>Seattle, WA 98104<br>jhempelmann@cairncross.com<br>jwagner@cairncross.com<br>rnelson@cairncross.com | By: */s/Ramona N. Hunter*<br>Ramona N. Hunter, WSBA #31482<br>1700 7th Avenue, Suite 2100<br>Seattle, WA 98101<br>(206) 709-5866 (direct)<br>(206) 709-5900 (main)<br>(206) 709-5901 (fax)<br>ramona.hunter@wilsonelser.com |
| *Attorneys for Plaintiff Aquilini Investment Group Limited Partnership* | *Attorneys for Defendants Cansure Insurance Company and Certain Underwriters at Lloyds, London* |

ORDER REMANDING CASE TO WASHINGTON STATE SUPERIOR COURT FOR KING COUNTY (2:21-cv-00485-RSM-MLP) - 2

255038510v.3

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
1700 7TH AVENUE, SUITE 2100
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

**CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP

By: */s/Ramona N. Hunter*
Ramona N. Hunter, WSBA #31482
1700 7th Avenue, Suite 2100
Seattle, WA 98101
(206) 709-5866 (direct)
(206) 709-5900 (main)
(206) 709-5901 (fax)
ramona.hunter@wilsonelser.com

*Attorney for Defendants Cansure Insurance Company and Certain Underwriters at Lloyds, London*

ORDER REMANDING CASE TO WASHINGTON STATE SUPERIOR COURT FOR KING COUNTY (2:21-cv-00485-RSM-MLP) - 3

255038510v.3

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
1700 7TH AVENUE, SUITE 2100
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)